**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:04 mj 22**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| LaDARRELL ANTWAN MASHBURN, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came on to be heard and was heard before the undersigned, pursuant to a Petition for Summons for Offender Under Supervision (#18) filed by the United States Probation Office on July 19, 2007 alleging that the defendant had violated terms and conditions of supervised release. After conducting an initial appearance at which time defendant waived counsel, the undersigned considered the recommendation of the United States Probation Office as shown in the petition. After consulting with the defendant and the Assistant United States Attorney, the undersigned determined to enter an order continuing the hearing in this matter until August 24, 2007 to give the defendant an opportunity to pay the restitution that is due and owing in this matter.

**ORDER**

**WHEREFORE, IT IS ORDERED** that this matter be continued until August 24, 2007 at 1:30 o'clock p.m.

Signed: July 26, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge